**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7900**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID FITZGERALD LIGHTNER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:93-cr-00133-FDW-2)

———————

Submitted:  December 17, 2009     Decided:  December 31, 2009

———————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Fitzgerald Lightner, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Fitzgerald Lightner appeals the district court's orders denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Lightner</u>, No. 3:93-cr-00133-FDW-2 (W.D.N.C. Aug. 28, 2009; Oct. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>